ACCEPTED
05-18-00431-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 9:55 AM
LISA MATZ
CLERK



**FAITH JOHNSON**
**DALLAS COUNTY**
**DISTRICT ATTORNEY**

May 21, 2018

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

5/21/2018 9:55:43 AM

LISA MATZ
Clerk

Lisa Matz, Clerk
Fifth District Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:    Notice of the lead attorney representing the State of Texas in:
       *Scott v. State,* No. 05-18-00431-CR
       Trial court cause number: F14-40662-I

Dear Ms. Matz:

Please be advised that I have been assigned to represent the State of Texas in the above-referenced appeal. Please replace my name, Nina L. Scherach, as lead counsel for the State litigating this matter. Your consideration is greatly appreciated.

Respectfully submitted,

/s/Nina L. Scherach
NINA L. SCHERACH
Assistant District Attorney
State Bar No. 24100660
Dallas County, Texas
(P) 214.653.3625 | (F) 214.653.3643
Nina.Scherach@dallascounty.org

cc:    Robert T. Baskett
       Attorney for Appellant
       Law Office of Robert T. Baskett
       12001 N. Central Expressway, Ste. 650
       Dallas, TX 75243
       Via electronic service at: rtblaw@swbell.net

**133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207-4399**          **[214] 653-3600**